1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10                           **EASTERN DIVISION**
11

12 CAROLYN NEWMAN,                 )     No. EDCV 10-1013 CW
                                   )
13              Plaintiff,         )     JUDGMENT
                                   )
14         v.                      )
                                   )
15 MICHAEL J. ASTRUE,              )
   Commissioner, Social Security   )
16 Adminstration,                  )
                                   )
17              Defendant.         )
   _____ )
18

19    **IT IS ADJUDGED** that this action is remanded to defendant for
20 further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)
21 and consistent with the accompanying Decision and Order.
22

23 DATED: April 15, 2011
24
25                              _____
                                     CARLA M. WOEHRLE
26                              United States Magistrate Judge
27
28